---

DENNIS M. CAMPOS, SBN 050234
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448

Attorneys for Creditor
GLENN GROWERS

IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

In re

California Storage Construction, Inc.,

Debtor.

Chapter 7
Case No. 09-33765-A-7
DC No. DMC-1

**NOTICE OF HEARING OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

**Date:** 10/26/09
**Time:** 9:00 a.m.
**Dept:** 7th Floor, Ctrm 28
**Judge:** Hon. Michael J. McManus

NOTICE IS HEREBY GIVEN that on October 26, 2009, at 9:00 a.m., at the above Court located at 501 I Street, Seventh Floor, Courtroom 28, Sacramento, California, before the Honorable Michael J. McManus, Creditor and moving party GLENN GROWERS will move this Court for to grant relief from the Automatic Stay Order issued in this matter pursuant to the provisions of 11 U.S.C. § 362(d).

Opposition to this motion, if any, must be filed fourteen (14) calendar days prior to the hearing date, and shall be served upon this attorney at the address above. Failure to timely file written opposition, if any, may result in the motion being resolved without oral argument and the striking of untimely written opposition.

Dated: September 15, 2009

GOLDSBERRY, FREEMAN & GUZMAN, LLP

By: /s/ Dennis M. Campos
DENNIS M. CAMPOS
Attorneys for Creditor
GLENN GROWERS

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

1

FILED September 15, 2009 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA 0002088693