FILED
September 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002088692

# RELIEF FROM STAY INFORMATION SHEET
* * SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST * *
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

DEBTOR: California Storage Const., Inc.     CASE NO. 09-33765-A-7

MOVANT: Glenn Growers     DC NO. DMC-1

HEARING DATE/TIME: October 26, 2009 at 9:00 a.m.

RELIEF IS SOUGHT AS TO ( ) REAL PROPERTY ( ) PERSONAL PROPERTY (✓) STATE COURT LITIGATION

1. Address OR description of property or state court action  Glenn County Superior Court, Case No. 07CV00516, 526 W. Sycamore Street, Willows, CA 95688

2. Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____

   OR

   Leased property is ( ) Residential ( ) Non-residential  Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____     Movant's valuation of property  $_____

4. The following amounts are presently owing to movant for:

   PRINCIPAL         INTEREST         COSTS         TOTAL

   $_____           $_____          $_____       $_____

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   _____ $_____
   _____ $_____
   _____ $_____

   TOTAL ALL LIENS   $_____
   DEBTOR'S EQUITY   $_____

FOR COURT USE ONLY
Note date: _____
Note amount: _____
Note payment: _____

FOR COURT USE ONLY

6. Monthly payment is $_____, of which $_____ is for impound account. Monthly late charge is $_____.
7. The last payment by debtor was received on _____ and was applied to the payment due _____.
8. Number of payments past due and amount: (a) Pre-petition ____ $_____ (b) Post-petition ____ $_____.
9. Notice of Default was recorded on _____. Notice of sale was published on _____.
10. If a chapter 13 case, in what class is this claim? _____
11. Grounds for seeking relief (check as applicable):

    ( ) Cause  ( ) Inadequate protection  ( ) Lack of equity  ( ) Lack of insurance  ( ) Bad faith

    ( X ) Other _____.

12. For each ground checked above furnish a brief supporting statement in the space below.

```
Glenn Growers has causes of action against Debtor and others arising from
construction of three grain storage silos which sunk and tilted to the
damage of Glenn Growers in excess of $2,000,000.00.  Glenn Growers seeks
relief from the Automatic Stay to allow it to proceed in Glenn County
Superior Court to file a motion to sever California Storage Construction,
Inc. (Debtor) and to continue the litigation with other parties in that
lawsuit.
```

EDC 3-468 (Rev. 6/8/05)